■ William E. Decker, Respondent, v PATRICIA A. DECKER, Appellant. (Appeal No. 1.) [937 NYS2d 645]

Same memorandum as in *Decker v Decker* (91 AD3d 1291 [2012]). Present—Scudder, P.J., Smith, Centra, Lindley and Gorski, JJ.

■ In the Matter of TOWN OF HENDERSON TOWN BOARD, Appellant, v TOWN OF HOUNSFIELD PLANNING BOARD et al., Respondents. [937 NYS2d 645]

Present—Scudder, P.J., Smith, Centra, Lindley and Gorski, JJ.

■ In the Matter of ANWATZ HAQUE, Petitioner, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, et al., Respondents. [937 NYS2d 664]

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.